

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-20-2014

# USA v. Dung Bui

Precedential or Non-Precedential: Precedential

Docket No. 11-3795

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Dung Bui" (2014). *2014 Decisions.* Paper 1096.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1096

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3795
_____

UNITED STATES OF AMERICA
v.

DUNG BUI a/k/a DANNY BUI

Dung Bui, Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA
(D.C. Crim. Action No. 5-08-cr-00427-002)
District Judge: Honorable Legrome D. Davis
_____

Submitted Under Third Circuit LAR 34.1(a)
June 26, 2014
_____

ORDER AMENDING OPINION

It appears that the full text of footnote number 1 did not appear in the version of the opinion filed earlier today. Accordingly, it is hereby ordered that an amended opinion is hereby filed.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: October 20, 2014